Jana DeLoach, pro se.

DAWSON INSURANCE, INC., APPELLANT, *v.* FREUND, APPELLEE.

[Cite as *Dawson Ins., Inc. v. Freund,* 133
Ohio St.3d 332, 2012-Ohio-4697.]

(No. 2011–0691—Submitted October 9, 2012—Decided October 16, 2012.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

Seeley, Savidge, Ebert & Gourash Co., L.P.A., Keith A. Savidge, Andrew D. Bemer, and Eric D. Baker, for appellant.

Weston Hurd, L.L.P., Shawn W. Maestle, John S. Kluznik, W. Charles Curley, and J. Quinn Dorgan, for appellee.